1  DANIEL J. MULLER, SBN 193396
   *dmuller@venturahersey.com*
2  VENTURA HERSEY & MULLER LLP
   1506 Hamilton Avenue
3  San Jose, California 95125
   Telephone:  (408) 512-3022
4  Facsimile:  (408) 512-3023

5  Attorneys for Plaintiff Jeff Gold

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JEFFREY M. GOLD, an Arizona resident,          Case No.:  3:20-cv-05433

12                 Plaintiff,                       **JOINT STIPULATION AND [PROPOSED]
                                                    ORDER FOR DISMISSAL WITH
13         vs.                                      PREJUDICE**

14  ENTERCOM MEDIA CORPORATION, a
    Pennsylvania Corporation, ENTERCOM
15  COMMUNICATIONS CORPORATION, a
    Pennsylvania Corporation, and DOES 1 through
16  25, inclusive,

17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

-1-
**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

1      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jeffrey M. Gold

2   and Defendants Entercom Media Corporation and Entercom Communications Corporation that,

3   pursuant to the settlement agreement between and among the parties, the above-entitled action be

4   dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

5      IT IS SO STIPULATED.

6
    Dated: February 2, 2021              VENTURA HERSEY & MULLER LLP
7

8
                                   By:   /s/
9                                        DANIEL J. MULLER
                                         Attorneys for Plaintiff
10

11
12  Dated: February 2, 2021              GORDON REES SCULLY MANSUKHANI, LLP

13

14                                 By:   /s/
                                         MICAHEL D. BRUNO
15                                       Attorneys for Defendants

16

17                                 [PROPOSED] ORDER

18

19      The foregoing Stipulation of the parties is accepted and approved, and this action is

20  hereby dismissed with prejudice.

21      IT IS SO ORDERED.

22

23  Dated: February 3, 2021

24

25                                                       Judge Vince Chhabria

26

27

28

-2-